Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600/Fax: 213.236.2700

Attorneys for Defendant New York Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS P. THEDERS,<br><br>   Plaintiff,<br><br>   v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>   Defendants. | Case No. 8:22-cv-01604 DOC (DFMx)<br><br>**REQUEST FOR ENTRY OF JUDGMENT**<br><br>Judge: Hon. David O. Carter |

TO THE HONORABLE COURT:

Defendant New York Life Insurance Company ("New York Life") hereby respectfully requests this Court to enter judgment in its favor in the form lodged on April 10, 2023 [Doc. 17-5; page ID number 555].

This request is made on the grounds that the Motion for Summary Judgment filed by New York Life was granted in its entirety by this Court by Order filed

///
///
///
///

1  May 31, 2023 [Doc. 41]. Attached for the Court's convenience is another copy of
2  the (Proposed) Judgment in favor of New York Life.
3      Respectfully submitted,
4
5  Dated:  June 7, 2023　　　　　　　　　BURKE, WILLIAMS & SORENSEN, LLP
6
7  　　　　　　　　　　　　　　　　　　By: *s/ Daniel W. Maguire*
　　　　　　　　　　　　　　　　　　　　　Daniel W. Maguire
8  　　　　　　　　　　　　　　　　　　　Edith Sanchez Shea
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant New York
9  　　　　　　　　　　　　　　　　　　　Life Insurance Company

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600/Fax: 213.236.2700

Attorneys for Defendant New York Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS P. THEDERS,<br><br>        Plaintiff,<br><br>    v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 8:22-cv-01604 DOC (DFMx)<br><br>**NOTICE OF LODGING OF (PROPOSED) JUDGMENT**<br><br>Judge: Hon. David O. Carter |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant New York Life Insurance Company hereby lodges the (Proposed) Judgment for this case.

Dated: April 10, 2023         BURKE, WILLIAMS & SORENSEN, LLP

                              By: *s/ Daniel W. Maguire*
                                  Daniel W. Maguire
                                  Edith Sanchez Shea
                                  Attorneys for Defendant New York Life Insurance Company

4882-1233-0331 v1                    1              Case No. 8:22-cv-01604 DOC (DFMx)
                                                   NOTICE OF LODGING OF (PROPOSED) JUDGMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| NICHOLAS P. THEDERS,<br><br>                Plaintiff,<br><br>        v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>                Defendants. | Case No. 8:22-cv-01604 DOC (DFMx)<br><br>**(PROPOSED) JUDGMENT IN FAVOR OF DEFENDANT NEW YORK LIFE INSURANCE COMPANY**<br><br>Judge:  Hon. David O. Carter |

The Court, having granted Defendant New York Life Insurance Company's Motion for Summary Judgment against Plaintiff Nicholas P. Theders on all claims in the Complaint, hereby enters Judgment in favor of New York Life Insurance Company on each of Plaintiff's claims for breach of contract, breach of the duty of good faith and fair dealing and unfair business practices.

Plaintiff shall take nothing and the Complaint is dismissed with prejudice. New York Life Insurance Company shall be entitled to recover costs as permitted by law, and as shall be further determined by this Court.

IT IS SO ORDERED.

Dated: _____   _____
Hon. David O. Carter
United States District Court Judge