# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS P. THEDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 8:22-cv-01604 DOC (DFMx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT NEW YORK LIFE INSURANCE COMPANY**<br><br>Judge:  Hon. David O. Carter |

The Court, having granted Defendant New York Life Insurance Company's Motion for Summary Judgment against Plaintiff Nicholas P. Theders on all claims in the Complaint, hereby enters Judgment in favor of New York Life Insurance Company on each of Plaintiff's claims for breach of contract, breach of the duty of good faith and fair dealing and unfair business practices.

1 | Plaintiff shall take nothing and the Complaint is dismissed with prejudice.
2 | New York Life Insurance Company shall be entitled to recover costs as permitted by
3 | law, and as shall be further determined by this Court.
4 |     IT IS SO ORDERED.

Dated: June 8, 2023

*David O. Carter*
Hon. David O. Carter
United States District Court Judge